PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Anthony Cacciola      Cr.: 19-00393-001
                                                                                                                          PACTS #: 6188763

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
                                                          UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/07/2021

Original Offense:    Count One: Conspiracy to commit extortion under color of official right affecting Interstate Commerce, 18 U.S.C. 1951 (a)

Original Sentence: 6 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing, Drug Treatment, Financial Disclosure, Gambling Restriction, Location Monitoring Program, Mental Health Treatment, No New Debt/Credit, Place Restriction Area, Self-Employment/Business Disclosure, Support Dependents

Type of Supervision: Supervised Release                       Date Supervision Commenced: 10/21/2022

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **The restitution is due immediately. It is recommended that the defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program (IFRP). If the defendant participates in the IFRP, the restitution shall be paid from those funds at a rate equivalent to $25 every 3 months. In the event the entire restitution is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of no less than $250, to commence 30 days after release from confinement.** |
| | Since being released from custody, Mr. Cacciola has only made a one-time payment of $250.00 towards his restitution. |

Prob 12A – page 2
Anthony Cacciola

U.S. Probation Officer Action:

Mr. Cacciola was verbally reprimanded for failing to make monthly restitution payments as directed.

Mr. Cacciola explained that he believed the restitution was paid in full prior to sentencing. The Probation Office advised it was not paid in full and verified the restitution amount in the Judgment with the prosecuting and defense attorney. Moving forward, Mr. Cacciola has agreed to make restitution payments as directed by the Court.

The Probation Office is not recommending any court action to be taken. We will continue to monitor his compliance. If Your Honor has any questions or concerns, please do not hesitate to contact the undersigned at (973) 223-0101.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   AFONSO A. FERNANDES
Senior U.S. Probation Officer

/ aaf
APPROVED:

KEVIN M. VILLA                    05/23/2023
Supervising U.S. Probation Officer    Date

Please check a box below to indicate the Court's direction regarding action to be taken in this case:

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

/s/ Kevin McNulty
Signature of Judicial Officer

5/24/2023
Date