PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Anthony Cacciola     Cr.: 19-00393-001
    PACTS #: 6188763

Name of Sentencing Judicial Officer:     THE HONORABLE KEVIN MCNULTY
    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/07/2021

Original Offense:     Count One: Conspiracy to Commit Extortion Under Color of Official Right Affecting Interstate Commerce, 18 U.S.C. § 1951(a)

Original Sentence: 6 months imprisonment, 3 years supervised release

Special Conditions: $100 Special Assessment, $89,900 in Restitution, 6 months of Location Monitoring, Drug Testing and Treatment, New Debt Restrictions, Financial Disclosure, Gambling Restrictions / Registration on Exclusion Lists, Gambling Establishment Restrictions, Mental Health Treatment, Self-Employment/Business Disclosure, and Supporting Dependents

Type of Supervision: Supervised Release     Date Supervision Commenced: 10/21/2022

### INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Italy from July 16, 2023, to August 1, 2023, to accompany his mother with matters related to his father's passing and a family vacation. He will be traveling with his family and plans to reside in Diamante, Italy.

**U.S. Probation Officer Action:**

Our office recommends the travel request be approved. Anthony Cacciola reports as instructed, submits monthly supervision reports, and urinalysis submitted yielded negative results. He has maintained a stable residence and is employed with Paterson Iron Work in Paterson, New Jersey. Cacciola has satisfied his special assessment, paid $1,345 towards his restitution thus far, and completed his six (6) months of location monitoring. As such, he is in full compliance with the conditions of supervised release.

                 Respectfully submitted,

                 SUSAN M. SMALLEY,
                 Chief U.S. Probation Officer

           By:     PATRICK HATTERSLEY
                 Supervisory U.S. Probation Officer

Prob 12A – page 2
Anthony Cacciola

/bgm

PREPARED BY:

_/s/ Brendan Murillo_     07/12/23
BRENDAN G. MURILLO     Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ Travel Approved

☐ Travel Denied

☒ Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

☐ Other

/s/ Kevin McNulty
Signature of Judicial Officer

7/12/2023
Date